

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:             01-15-00617-CV

Trial Court Cause
Number:                   2014-32179

Style:                    Bob Deuell

                          **v** Texas Right to Life Committee, Inc.

Date motion filed*:       March 3, 2016

Type of motion:           Motion to Recuse

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated? ☐ Yes    ☐ No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:
        Date Requested:

Ordered that motion is:

☐   Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

☐   Denied

☒   Dismissed (*e.g.*, want of jurisdiction, **moot**)

☐   Other: _____

Before the motion to recuse was filed, Justice Michael Massengale had already voluntarily recused in this case. Therefore, the motion to recuse is dismissed as moot. Once another justice is assigned to the panel, the parties will receive an amended submission notice.

Judge's signature: /s/ Rebeca Huddle
                    ☒ Acting individually      ☐ Acting for the Court